IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

NATHAN GLOVER,

    Plaintiff,

vs.

ANTHONY HAYNES, Warden,
and MARVIN SLUSSER,

    Defendants.

CIVIL ACTION NO.: CV211-114

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Haynes in his official capacity and Plaintiff's claims brought pursuant to 28 U.S.C. § 2241(e)(2) are **DISMISSED**. Plaintiff's request for an investigation is **DENIED**.

**SO ORDERED**, this ___2___ day of _____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)